July 19, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

LAURI DIANE DEBRIE THANHEISER BY AND THROUGH HER GUARDIAN AD LITEM, KATHLEEN VOSSLER, OR IN THE ALTERNATIVE BY AND THROUGH HER NEXT FRIEND, GAYLE GILL, Appellant

NO. 14-12-00519-CV                    V.

FORD C. THANHEISER, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on February 22, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Lauri Diane Debrie Thanheiser by and through her Guardian Ad Litem, Kathleen Vossler, or in the alternative by and through her next friend, Gayle Gill.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.